IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BLANCHE CARNEY and | : | |
| COMMISSIONER OF PHILADELPHIA | : | |
| DEPARTMENT OF PRISONS | : | NO. 21-553 |

## ORDER

**NOW,** this 25th day of June, 2021, petitioner having failed to either pay the filing fee or file a motion to proceed *in forma pauperis* in compliance with this Court's Order of May 27, 2021 (Doc. No. 4), it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

/s/ TIMOTHY J. SAVAGE J.